# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALISA HAYKO-LAGIER, ET AL. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 22-3156 CAS |
| v. | |
| CITY OF SAN LUIS OBISPO, ET AL. | ORDER RETURNING CASE FOR REASSIGNMENT |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 21-01.

May 31, 2022
Date

*Christina A. Snyder*
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __Dolly M. Gee__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __DMG__ after the case number in place of the initials of the prior judge so that the case number will read __2:22-cv-3156 DMG-RAOx__ . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge    ☐ Statistics Clerk

CV-89 (03/21)                    ORDER RETURNING CASE FOR REASSIGNMENT