1  Douglas C. Smith, Esq. (State Bar No.160013)
   dsmith@smitlaw.com
2  SMITH LAW OFFICES, LLP
   4001 Eleventh Street
3  Riverside, California 92501
   Telephone: (951) 509-1355
4  Facsimile: (951) 509-1356

5  Attorney for Defendants
   COUNTY OF SAN LUIS OBISPO and IAN PARKINSON
6

7

8           UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CAROLINE WICHMAN, individually and as successor in interest to Edward Zamora Giron II, deceased,<br>12<br>13            Plaintiff,<br>14     vs.<br>15  CITY OF SAN LUIS OBISPO, a municipal entity; COUNTY OF SAN LUIS OBISPO, a municipal entity; BRYAN AMOROSO, an individual; STEVE OROZCO, an individual; IAN PARKINSON, an individual; RICK SCOTT; and DOES 1-25, inclusive,<br>16<br>17<br>18<br>19           Defendants.<br>20 | CASE NO.: 2:22-cv-03156-DMG (RAOx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: 8/2/22 & 8/3/22<br>Current Response Date: 8/23/22 & 8/24/22<br>New Response Date: 9/22/22<br><br>*Complaint filed 5/9/22*<br>*First Amended Complaint 7/23/22* |

21      Under this Court's Civil Local Rule 8-3, Plaintiff, CAROLINE WICHMAN,

22  individually and as successor in interest to Edward Zamora Giron II, deceased,

23  and Defendants, COUNTY OF SAN LUIS OBISPO and IAN PARKINSON and

24  CITY OF SAN LUIS OBISPO, BRYAN AMOROSO, STEVE OROZCO, and

25  RICK SCOTT ("Defendants"), represented by the undersigned counsel, hereby

26  ///

27  ///

28  ///

P:\SLO County\154.Wichman\p-stip.01(extend).wpd       1
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

1  stipulate that Defendants' deadline to answer or otherwise respond to the
2  Complaint is extended to September 22, 2022.

3
4  DATED: August 11, 2021  SMITH LAW OFFICES, LLP
5
6  By  */s / Douglas C. Smith*
   Douglas C. Smith
7  Attorney for Defendants
   COUNTY OF SAN LUIS OBISPO and
   IAN PARKINSON
8
9  DATED: August 11, 2022  ADAMSKI MOROSKI MADDEN
   CUMBERLAND & GREEN LLP
10
11  By  */s / Joshua M. George*
   Joshua M. George
12  Attorney for Defendants
   CITY OF SAN LUIS OBISPO, BRYAN
13  AMOROSO, STEVE OROZCO, and
   RICK SCOTT
14
15  DATED: August 11, 2022  LAW OFFICES OF DAVID KAUFMAN, APC
16
   By  */s / David A. Kaufman*
17  David A. Kaufman
   Attorney for Plaintiff
18  CAROLINE WICHMAN, individually
   and as successor in interest to Edward
19  Zamora Giron II, deceased

20  I herein certify in accordance with Local Rule 5.4.3.4. that all parties have
21  concurred in the contents of the document and have authorized me to so file it.
22  DATED: August 11, 2022  SMITH LAW OFFICES, LLP
23
24  By  */s / Douglas C. Smith*
   Douglas C. Smith
   Attorney for Defendants
25  COUNTY OF SAN LUIS OBISPO and
   IAN PARKINSON
26
27
28