LAW OFFICES OF DAVID A KAUFMAN, APC
David A Kaufman SBN 284488
3162 Via Alicante Unit E
La Jolla, CA 92037
Tel. (619) 865-8648
Email: attorney@lawofficesofdavidkaufman.com
Attorney for Plaintiff
CAROLINE WICHMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE WICHMAN, individually and as successor in interest to Edward Zamora Giron II, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN LUIS OBISPO, a municipal entity; COUNTY OF SAN LUIS OBISPO, a municipal entity; BRYAN AMOROSO, an individual; STEVE OROZCO, an individual; IAN PARKINSON, an individual; RICK SCOTT; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-03156<br>Complaint Filed: 05/09/22<br>Judge: Hon. Dolly M. Gee<br><br>**NOTICE OF MOTION AND MOTION SEEKING LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR PLAINTIFF CAROLINE WICHMAN**<br><br>Pursuant to Local Rule L.R. 83-2.3.2<br><br>**Hearing Details**<br>**Friday, October 28, 2022**<br>**9:30 am**<br><br>United States Courthouse<br>350 West 1st Street<br>Los Angeles, CA, 90012<br>Courtroom 8C, 8th Floor<br><br>https://www.cacd.uscourts.gov/honorable-dolly-m-gee |

**TO: THE COURT, PLAINTIFF, DEFENDANTS AND COUNSEL OF RECORD:** Please take notice that David A. Kaufman, the attorney for Plaintiff CAROLINE WICHMAN, submits this **Motion for Leave of Court for an Order to be Relieved as Counsel** pursuant to Local Rule 83-2.3.2. This Motion is set for hearing on **Friday, October 28, 2022, 9:30 am** before the Honorable Dolly M. Gee in Courtroom 8C in the United States District Courthouse for the Southern District of California located at 350 West 1st Street, Los Angeles, CA, 90012. This Motion is based on this Notice of Motion, Memorandum, and Attorney Declaration. The

**NOTICE OF MOTION AND MOTION SEEKING LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR PLAINTIFF**
Case No: 2:22-cv-03156

movant seeks to assert good cause for the motion under California Rules of Professional Conduct 1.16(a) and CRPC 3.1(a)(2). The movant, attorney for Plaintiff, seeks leave of Court to be relieved as counsel because of a fundamental disagreement with the Client over how to manage and proceed with the litigation.

Dated:   September 29, 2022

By: /s/ David Kaufman
David Kaufman
Attorney for Plaintiff
CAROLINE WICHMAN

- 2 -
**NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFF**
Case No: 2:22-cv-03156