LAW OFFICES OF DAVID A KAUFMAN, APC
David A Kaufman SBN 284488
3162 Via Alicante Unit E
La Jolla, CA 92037
Tel. (619) 865-8648
Email: attorney@lawofficesofdavidkaufman.com
Attorney for Plaintiff
CAROLINE WICHMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE WICHMAN, individually and as successor in interest to Edward Zamora Giron II, deceased,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SAN LUIS OBISPO, a municipal entity; COUNTY OF SAN LUIS OBISPO, a municipal entity; BRYAN AMOROSO, an individual; STEVE OROZCO, an individual; IAN PARKINSON, an individual; RICK SCOTT; and DOES 1-25, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 2:22-cv-03156<br>Complaint Filed: 05/09/22<br>Judge: Hon. Dolly M. Gee<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF CAROLINE WICHMAN**<br><br>Pursuant to Local Rule L.R. 83-2.3.2<br><br>**Hearing Details**<br>**Friday, October 28, 2022**<br>**9:30 am**<br><br>United States Courthouse<br>350 West 1st Street<br>Los Angeles, CA, 90012<br>Courtroom 8C, 8th Floor<br><br>https://www.cacd.uscourts.gov/honorable-dolly-m-gee |

# **[PROPOSED] ORDER**

The Court having reviewed the moving papers and argument on the matters duly brought before the Court herein determines that good cause appearing therefore,

IT IS HEREBY ORDERED that:

　　1.　Plaintiff's counsel has shown Good Cause for Seeking to be relieved as counsel for plaintiff;

　　2.　The relief sought is GRANTED.

---

**[PROPOSED] ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF CAROLINE WICHMAN**
Case No: 2:22-cv-03156

- 2 -

3. David A Kaufman is relieved as counsel for Plaintiff in this matter. Plaintiff will proceed in pro per until such time that new counsel files a notice of appearance on behalf of Plaintiff.

4. Plaintiff shall file a proof service of this order upon the Plaintiff.

**IT IS SO ORDERED.**

Dated: _____

                                   Hon. Dolly M. Gee
                                   District Court Judge