UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 22-3156-DMG (RAOx) | Date | October 3, 2022 |
|---|---|---|---|

| Title | *Alisa Hayko-Lagier, et al., v. City of San Luis Obispo, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable　　DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER RE HEARING ON PLAINTIFF'S COUNSEL'S MOTIONS TO WITHDRAW AND TO SHORTEN TIME [45, 46]**

On September 29, 2022, David A. Kaufman, of the Law Offices of David A. Kaufman APC, counsel of record for Plaintiff Caroline Wichman, filed a motion for leave to withdraw as counsel. [Doc. # 45.] Plaintiff's counsel seeks to withdraw on the basis of California Rule of Professional Conduct 1.16(a)(1)–(2), (b)(1), (b)(4). The motion is set for hearing on **October 28, 2022 at 9:30 a.m.**

Plaintiff's counsel has also filed an *ex parte* motion to shorten time, which, if granted, would advance the hearing on Plaintiff's counsel's motion to withdraw to October 7, 2022. [Doc. # 46.] The Court **DENIES** the motion to shorten time [Doc. # 46] for failure to provide any just cause to grant the request and in order to allow Plaintiff an opportunity to attempt to substitute new counsel before the hearing. *See* C.D. Cal. L.R. 7-19.

"A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." C.D. Cal. L.R. 83-2.3.2. Counsel is ordered to serve Plaintiff with a copy of this Order. Counsel is further ordered to notify Plaintiff that if a request for substitution of counsel is not filed before the hearing, Plaintiff must appear for the hearing on Counsel's motion to withdraw, which shall be held via videoconference. Counsel shall provide the Courtroom Deputy Clerk with the email address and telephone number for Plaintiff. The Courtroom Deputy Clerk will provide a videoconference link to the parties before the hearing, and Plaintiff's attorney shall include the videoconference link when Plaintiff's attorney serves this Order on Plaintiff. **Plaintiff's failure to appear may result in the dismissal of her claims.**

No later than **October 10, 2022**, Counsel shall file (1) a proof of service indicating service of this Order on Plaintiff; and (2) a declaration regarding the status of compliance with this Order.

**IT IS SO ORDERED**.

| CV-90 | CIVIL MINUTES—GENERAL | Initials of Deputy Clerk KT |
|---|---|---|