Douglas C. Smith, Esq. (State Bar No.160013)
dsmith@smitlaw.com
Christopher P. Romero, Esq.
cromero@smitlaw.com
SMITH LAW OFFICES, LLP
4001 Eleventh Street
Riverside, California 92501
Telephone: (951) 509-1355
Facsimile: (951) 509-1356

Attorney for Defendants
COUNTY OF SAN LUIS OBISPO and IAN PARKINSON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caroline Wichman, individually and as successor in interest to Edward Zamora Giron II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN LUIS OBISPO, a municipal entity; COUNTY OF SAN LUIS OBISPO, a municipal entity; BRYAN AMOROSO, an individual; STEVE OROZCO, an individual; IAN PARKINSON, an individual; RICK SCOTT; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-03156-DMG (RAOx)<br><br>**DEFENDANT COUNTY OF SAN LUIS OBISPO'S NOTICE OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF CAROLINE WICHMAN**<br><br>Date: 10/28/22<br>Time: 9:30 a.m.<br>Dept.: 8C<br><br>*Complaint filed 5/9/22*<br>*First Amended Complaint 7/23/22* |

Defendant COUNTY OF SAN LUIS OBISPO hereby declares that no Opposition is being made to David A. Kaufman's Motion Seeking Leave of Court to Withdraw as Counsel for Plaintiff Caroline Wichman.

DATED: October 13, 2022            SMITH LAW OFFICES, LLP

By /s/ Douglas C. Smith
Douglas C. Smith
Christopher P. Romero
Attorneys for Defendants
COUNTY OF SAN LUIS OBISPO and IAN PARKINSON