**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLINE WICHMAN, individually and as successor in interest to Edward Zamora Giron II, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN LUIS OBISPO, a municipal entity; COUNTY OF SAN LUIS OBISPO, a municipal entity, BRYAN AMOROSO, an individual; STEVE OROZCO, an individual; IAN PARKINSON, an individual; RICK SCOTT; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-03156-DMG-RAOx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF SAN LUIS OBISPO, BRYAN AMOROSO, STEVE OROZCO AND RICK SCOTT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>**Hearing Date: December 2, 2022<br>Time: 9:30 a.m.<br>Location: Courtroom 8C** |

This matter is before the Court on Defendants City of San Luis Obispo, Bryan Amoroso, Steve Orozco, and Rick Scott's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6).

The Court further finds good cause to grant the motion in its entirety. Where a motion to dismiss is granted, a district court should provide leave to amend unless it is clear that the complaint could not be saved by any amendment.

*Chang v. Chen*, 80 F.3d 1293, 1296 (9th Cir. 1996). Accordingly, the Court orders as follows:

    1.    The Motion to Dismiss the First Claim for Relief is **GRANTED without** leave to amend.

    2.    The Motion to Dismiss the Second Claim for Relief is **GRANTED without** leave to amend.

    3.    The Motion to Dismiss the Third Claim for Relief is **GRANTED without** leave to amend.

    4.    The Motion to Dismiss the Fourth Claim for Relief is **GRANTED without** leave to amend.

    5.    The Motion to Dismiss the Fifth Claim for Relief is **GRANTED without** leave to amend.

    6.    The Motion to Dismiss the Sixth Claim for Relief is **GRANTED without** leave to amend.

    7.    The Motion to Dismiss the Seventh Claim for Relief is **GRANTED without** leave to amend.

    8.    The Motion to Dismiss the Eighth Claim for Relief is **GRANTED without** leave to amend.

    9.    The Motion to Dismiss the Ninth Claim for Relief is **GRANTED without** leave to amend.

    10.    The Motion to Dismiss the Tenth Claim for Relief is **GRANTED without** leave to amend.

    11.    The Motion to Dismiss the Eleventh Claim for Relief is **GRANTED without** leave to amend.

Dated: _____                   _____

                                                             The Hon. Dolly M. Gee