UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-3156-DMG (RAOx) | Date | October 28, 2022 |

| | |
|---|---|
| Title | *Alisa Hayko-Lagier, et al. v. City of San Luis Obispo, et al.* |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Judy Moore |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| David A. Kaufman - VTC | Joshua M. George - VTC |
| | Christopher Romero - VTC |

**Proceedings:** **PLAINTIFF'S COUNSEL'S MOTION SEEKING LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR PLAINTIFF CAROLINE WICHMAN [45]**

The cause is called and counsel state his appearance. Plaintiff Caroline Wichman is also present. The hearing was held via videoconference. For the reasons stated on the record, the Court hereby GRANTS the above-entitled motion. A written order will issue. Plaintiff's new retained attorney, if any, shall file a notice of appearance by December 12, 2022

Further, the Court STAYS Defendants City of San Luis Obispo, Bryan Amoroso, Steve Orozco and Rick Scott's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. # 50] and Defendants County of San Luis Obispo and Ian Parkinson's Motion to Dismiss Plaintiff's First Amended Complaint [Doc. # 51]. The December 2, 2022 hearing on these motions is VACTED and will be reset, if necessary.

Plaintiff's Counsel shall serve a copy of this Order on Plaintiff and thereafter file a proof of service by no later than November 4, 2022.

:04