UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 22-3156-DMG (RAOx)** | Date | October 28, 2022 |
| Title | ***Alisa Hayko-Lagier, et al., v. City of San Luis Obispo, et al.*** | Page | 1 of 2 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER RE HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW [45] AND DEFENDANTS' MOTIONS TO DISMISS [50, 51]**

On September 28, 2022, attorney David Kaufman, of the Law Offices of David Kaufman APC, filed a motion to withdraw as counsel for Plaintiff Caroline Wichman. [Doc. # 12.] The Court held a hearing on the motion to withdraw via videoconference on October 28, 2022. Plaintiff appeared at the hearing and submitted a letter opposing her attorney's withdrawal. [Doc. # 53.]

"A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." C.D. Cal. L.R. 83-2.3.2. Counsel seeks to withdraw as Plaintiff's counsel on the basis of a fundamental disagreement with Plaintiff over how to manage and proceed with the litigation. [Doc. # 45 at 2.] Counsel cites several California Rules of Professional Conduct ("CRPC") that allow an attorney to withdraw. *See* CRPCs 1.16(a)(1)–(2), 1.16(b)(1), 1.16(b)(4) & (9).

Based upon Counsel's written submissions and the statements made on the record at the hearing, the Court finds that good cause exists within the meaning of CRPC 1.16(b)(4) for the withdrawal and that Counsel has taken adequate steps to inform Plaintiff of the consequences of the withdrawal. The Court hereby **GRANTS** Counsel's motion to withdraw as counsel for Plaintiff, provided that Counsel timely files the proof of service described in this Order.

The Court orders Counsel to serve this Order on Plaintiff and thereafter file a proof of service by no later than **November 4, 2022**. Plaintiff shall have newly retained counsel file a notice of appearance (or Plaintiff shall file a status report regarding representation) by no later than **December 12, 2022**.

The Court also *sua sponte* **STAYS** the motions to dismiss [Doc. ## 50, 51] until Plaintiff has retained new counsel or filed the status report regarding her representation. The December 2,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-3156-DMG (RAOx) | Date | October 28, 2022 |
| Title | *Alisa Hayko-Lagier, et al., v. City of San Luis Obispo, et al.* | Page | 2 of 2 |

2022 hearing on the motions is **VACATED** and will be reset, if necessary, after the Court issues a new briefing schedule on those motions.

**<u>NOTICE TO PLAINTIFF</u>**

  Plaintiff is advised that if she does not retain new counsel, she shall represent herself, *pro se*.[1]  If Plaintiff proceeds *pro se*, she shall be expected to comply with all Court orders, the Local Rules, and the Federal Rules of Civil Procedure.  *See* C.D. Cal. Local Rule 83-2.2.3.  **Non-compliance may result in the imposition of sanctions, including but not limited to the dismissal of this action.**

**IT IS SO ORDERED.**

---

[1] Parties in court without a lawyer are called "*pro se* litigants."  These parties often face special challenges in federal court.  Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic).  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |