1  Caroline M. Wichman (Full Name)
2  CMWICHMAN108@yahoo.com (Email Address)
3  60 Descanso Drive #2117 (Address Line 1)
4  San Jose, CA 95134 (Address Line 2)
5  _____ (Phone Number)
6  Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
MAY - 2 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Caroline M. Wichman
  Plaintiff,
vs.
City of San Luis Obispo, a municipal entity; County of San Luis Obispo, a municipal entity, Bryan Amoroso, Steve Orozco, Jon Parkinson, Rick Scott, Dan Dow, + Does 1-25
  Defendant(s).

Case No 2:22-cv-03156-DMG-RAO
(To be supplied by the Clerk)

Second Amended Complaint

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒ Yes ☐ No

(All paragraphs and pages must be numbered.)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the events given rise to this complaint happened in this district.

---
Page Number 1

## III. PARTIES

3.  Plaintiff _Caroline M. Wickman_ resides at:
    (your full name)
    _60 Descanso Drive, #2117_
    _San Jose, Ca 95134_
    (your address)

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant _Rick Scott (1)_ works at
   (full name of Defendant)
   _San Luis Obispo, Ca Police Department_
   (Defendant's place of work)

Defendant's title or position is _Captain_
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

    ☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: _of his police officer position_

5. Defendant _Bryan Amoroso (2)_ works at
   (full name of Defendant)
   _San Luis Obispo, CA Police Department_
   (Defendant's place of work)

Defendant's title or position is _Lieutenant_
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

    ☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: _he was a police officer_

Civil Rights Complaint Pursuant to U.S.C. § 1983

(3) Defendant _Steve Orozco_ works at
_(full name of Defendant)_
_San Luis Obispo Police Department_.
_(Defendant's place of work)_

Defendant's title or position is _Police Officer_.
_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☒ individual capacity ☒ official capacity

This Defendant was acting under color of law because _he was a police officer._

(4). Defendant _Ian Parkinson_ works at
_(full name of Defendant)_
_San Luis Obispo Sheriff Department_.
_(Defendant's place of work)_

Defendant's title or position is _Chief Sheriff_.
_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☒ individual capacity ☒ official capacity

This Defendant was acting under color of law because _of his position as Chief._

(5). Defendant __Dan Dow__ works at __San Luis Obispo District Attorney Office__.

Defendant's title or position is __District Attorney__.

This Defendant is sued in his/her (check one or both):

☒ individual capacity    ☒ official capacity

This Defendant was acting under color of law because __of his position and title within the City network.__

___. Defendant _____ works at _____

Defendant's title or position is _____

This Defendant is sued in his/her (check one or both):

☐ individual capacity    ☐ official capacity

This Defendant was acting under color of law because _____

4
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

(1). Rick Scott, used my family name to grandstand his newly elected position with the San Luis Obispo Public and Community. He falsely accused my family of being thieves, burglars and committing crimes that have not been proven in any Court of Law.

(1). Rick Scott, publicly insulted and ridiculed the plaintiff and family to make his appearance in his new position as Capitan, look meaningful and purposeful. Even though he was late in office at the time of incident. He incorporated himself into the situation so he could be looked upon as a hero.

(1). Rick Scott, set in motion his office using the term "Cop killers" against the Plaintiffs and family. He made the plaintiff and family the thieves and tyrants and promised to clean up the city of our kind.

(1). Rick Scott, went on social media and announced where the family lived so the plaintiff could be located for threats labeled as "Cop killers."

5
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

(1). Threats that lead to intimadation and fear for the Plaintiff and family. Threats to get out of town.

(1) As means of propaganda to uplift his pozistion with the community, he lied to the community and failed to verify any

(1). true facts about the Plaintiff and family.

(1) Rick Scott, failed to confirm the Plaintiff's son death, while stating untrue, changing stories about him on national television. He went on national television smiling and gloating about what a great Caption he would be.

(1). In his statement to National television he stated that he would rid the town of people like us. (Meaning the Plaintiff and family). To make the town much safer.

(1) Rick Scott, went on social media, without Plaintiff consent. Released the address and location of family members, showed pictures of it's location and then with altered

6
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

(2). (These were the charges of after hour parties at the climbing gym "The Pad"; with law enforcement and under age children.) Not the swing parties. There is evidence that proves two days before Plaintiff's son was killed, Ian Parkinson's office, had already confiscated the property Bryan Amoroso and Steven Orozco, went looking for on May 10, 2021.

(2). Brian Amoroso put forth a false narrative, favoring his actions. Steven Orozco, as perpetrator and Bryan Amoroso as the senior officer in charge, giving consent.

(3). Defendant Steven Orozco, works at the San Luis Obispo Police Department. This defendant is sued in his individual capacity and official capacity. This defendant was acting under color of law because he was a police officer.

Civil Rights Complaint Pursuant to U.S.C. § 1983

(1). images from Photo shop, tried to present the video as an authentic cam video. This video was never allowed viewing by the Plaintiff until the Plaintiffs' attorney stepped down from the case and there was no legal representation to stop public viewing.

(2). Defendant, Bryan Amoroso works at the San Luis Obispo Police Department. The defendant was acting under color of law because he was a police officer.

(2) Bryan Amoroso, along with Steven Orozco conspired to create a second warrant of arrest on plaintiff's son as a ruse of harassment.

(2). In fact, a first warrant was issued two days before plaintiff's son was shot. This warrant was hidden from the plaintiff and family. Plaintiff, believes and Bryan Amoroso + Steven Orozco were overly anxious to harass plaintiff's son on false charges and inflect upon plaintiff's son, fear. This was to stop rumors of illegal activity at son of Plaintiff's former employment.

8

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

(3). Steve Orozco, used his position as a police officer to grandstand his injury's from the incident of May 10, 2021, to brag and bolster his ability to dodge the bullets he ran from. He publicly exposed copies of pictures of his x-rays, of his injury, from his phone to phone his position. He showed

(3). these injuries to crowds in a public setting. Therefore, insulting and humiliating the family of the Plaintiff. Letting everyone know he was the Hero. This reinforced to the community the "Cop Killer" accusations put forth by this officer.

(4). Defendant, Ian Parkinson, works for San Luis Obispo, CA Sheriff Department. Defendant is sued in his individual and official capacity. This defendant was acting under the color of law because he was the Sheriff.

(4) Ian Parkinson, unjustly told lies to national media about the Plaintiff and family.

9
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

(4). Ian Parkinson, awarded Hero Medals to his staff, after he clearly stated to our legal defense that his staff had nothing to do with the shootings on May 10, 2021, in San Luis Obispo, CA. He failed to communicate to existing departments that suspicion of commercial burglaries had been resolved and the

(4). merchandise retrieved. This lack of Communications Created uncalled for actions that resulted in slander to the Plaintiff and Racial profiling from his department. He awarded metals to his staff to divert his wrong doings. He transferred the crimes committed by his officers to cast fault to the Plaintiff and other family.

(5). Defendant, Dan Dow is a government employee of San Luis Obispo, CA. His position is District Attorney. This defendant is sued under individual and official capacity. This defendant was acting under Color of law because he is the District Attorney.

Civil Rights Complaint Pursuant to U.S.C. § 1983

(5). Dan Dow, (Exhibit A) on a public display with the wife of the widowy, police officer, Detective Benedetti, decided to take a Sunday drive through the center of downtown, San Luis Obispo. This was done to show the Community the outstanding support from the government elders of San Luis Obispo.

(5). This was done to show the Community that the Plaintiff had no footing in the Community. This was done to impress upon the Community that "Black Lives Matter" Supporters are not welcome in the city San Luis Obispo Community. Because the Plaintiff and family are very strong supporters of Black Lives Matters.

(5). This was done because Dan Dow was prosecuting a case of Black Lives Matters supporters and he used the situation to turn the community against the Plaintiff and her family.

11
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(1)-(5)

*(insert Claim#)*

**1-5.** Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

**1-5.** The Plaintiff believes the mindset of the defendants was to work in unison to degrade the Plaintiff to a position of odd, poor, weak and a lover of Black people in a negative racial capacity. She believes she has been threated and warned by defendants.

**1-5.** Plaintiff alleges the above claim against the following Defendant(s):

She believes the defendants are working to Brainwash the community and her, that she is nothing more than the "Cop Killer's

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

**1-5.** mother," and she has no welcome or place in the City and County of San Luis Obispo, CA.

**1-5.** As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Mental Torment, + Physical Health Degradation

12
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(1)-(5)

(insert Claim#)

**1-5.** Plaintiff realleges and incorporates by reference all of the paragraphs above.

(List any other legal claim you have that is related to your civil rights claim.)

**1-5.** The Plaintiff claims under her civil rights on Racism, that her race and ethnicity has been racially profiled because of her affiliations with Black Americans and people of color. She believes she has been mentally attacked and harassed so as to

**1-5.** Plaintiff alleges the above claim against the following Defendant(s):

shut her up from freedom of speech and her relationships to the ethnicities to Black American Culture.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

**1-5.** Several tactics of intimidation have been inflicted on her and her family, as to rid them of the safety of community, and the comfort and privacy of her home. The defendants (1)-(5) in this case have used their titles and positions of government to public shame, ridicule and insult the plaintiff.

**1-5.** As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

The Plaintiff now suffers mental torment and Physical Health Degradation.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

(1). From the defendant, Rick Scott, The Plaintiff request financial relief in the amount of thirty-three million dollars. She would like a public letter of apologize and she would like him to resign from his police duties.

(2). From the defendant, Bryan Amoroso the Plaintiff request financial relief in the amount of thirteen million dollars. She would like him to resign from his position with the police force.

(3). From the defendant, Steven Orozco, she would like financial relief in the amount of thirteen million dollars. She would like to see him released from all police duties, present and future.

(4). ~~Ian~~ From Ian Parkinson, she would like financial relief in the amount of thirteen million dollars. She would like him to resign from his position as Sheriff

Dated: April 30, 2024

Sign: _____

Print Name: CAROLINE M. WICHMAN

cont. next page

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

(5). From the Defendant, Dan Dow, she would like financial relief in the amount of thirteen million dollars. She would like a public apologize to the Community for his intentions to sway their opinions of the Plaintiff and she would also like him to step down from his position as District Attorney

Dated: April 30, 2024
Sign: /s/ M. C. Emm
Print Name: CAROLINE M. WICHMAN

15
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: *April 30, 2024*
Sign: *Wichman*
Print Name: *CAROLINE M. WICHMAN*

## Supplement Note to the Court:

The Plaintive, Pro se, is requesting more time between court responses and rulings. Due to, the time involved in getting response from the Federal Pro se Clinic. The plaintive cannot respond according, in a timely manner. The Federal Pro se Clinic is willing to help but the time limit in which the Plaintive and Pro se Clinic connect, is too short. The time response period is limiting a proper response time between the two parties.

So, if possible, the plaintive is requesting more time between ruling to work with the pro se clinic and to allow significant response time for her to respond back to the Courts.

# FPSC Intake - Caroline M. Wichman

From: Federal Pro Se Clinic (fedproseclinic@publiccounsel.org)

To: cmwichman108@yahoo.com

Date: Monday, March 25, 2024 at 02:05 PM PDT

Caroline M. Wichman,

Thank you for your submission.

Your second Amended Complaint needs to complete in and of itself. It should not refer back to any prior complaints or any prior court documents.

We have attached our complaint form, guide to writing a complaint, and tips sheet for writing better complaints. You would just entitle it "Second Amended Complaint."

We're happy to review a draft of your amended complaint and provide you with feedback when you have a draft ready. Just send us a new intake with a request for a document review.

Please be aware that the Clinic can only review your paperwork for procedural compliance with the Federal Rules of Civil Procedure and the Central District's Local Rules of Court.

-- Pro Se Clinic Staff

DO NOT REPLY TO THIS EMAIL.

If you need further assistance, you must submit a new online intake form: www.tinyurl.com/fedproseclinicintake.

---

**Federal Pro Se Clinic Intake Question:**

The intake form is intended to assist individuals with specific legal questions about their case. Please describe your legal question: The judge says I am to file a second Amended Complaint. How do I do this?

This message contains information which may be confidential and privileged.
Unless you are the addressee (or authorized to receive for the addressee), you
may not use, copy or disclose the message or any information contained in the
message. If you have received the message in error, please advise the sender by
reply e-mail and delete any version, response or reference to it. Thank you.

📎 GUIDE Writing Tips.pdf
705.6kB



