Name: Caroline M. Wichman
Address: 60 Descanso Drive #2117
San Jose, CA 95134
Phone:
email
Fax: CMWICHMAN108@yahoo.com

FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ASH DEPUTY

In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Caroline M. Wichman

Plaintiff

V.

City of San Luis Obispo, in municipal entity and County of San Luis Obispo in municipal entity. Bryan Amanso, Steven Orozco, Ian Parkinson, Rick Scott, Dan Dow + Does 1-25

Defendant(s).

CASE NUMBER:
2:22:-CV-03156-DMG-RAO

Second Amended Complaint
June 2, 2024

(Enter document title in the space provided above)

1. I would like to apologize to the Court in regards to not answering the e-mails of the defendant's attorneys in this case. My problem is I didn't know it was a court order for me to do so. I didn't read anything in my last correspondence with the Courts that say I needed to do this.

2. I have a problem speaking to the attorneys in this case because of their track record of lies and denial of everything that has been said by the plaintiff. Every comment or

action is denied, or I am making unlawful statements, etc. I do not have access to a law library and much of what they are telling me makes no sense.

3. I was very insulted in their mannerism in their emails and their approach to ridicule, insult and gaslighting techniques used to manipulate and intimidate me. I understand that these lawyers are doing their jobs to protect their clients, but I don't feel there has been any effort made to find out if any of my complaint is true or not. I feel basically, the defendants attorneys automatically denied everything and begin their process of intimidations and insults to belittle me. I am not a woman that takes likely to a man's approach of intimidations to win an argument.

4. It seems there is a communication in language (Ebonics) and style in speaking that makes it very difficult for the attorneys to figure out what we are talking about

5. I did have a case in San Luis Obispo, (small claims) last year, that had two mediators, one, African American woman and one, senior white male. They were excellent in their communication skills and very trust worthy.

2.
Page Number





Maybe, they could be used by the defense to bring some clarity to this case; For all parties concern?

6. Also, I would like to know if I am to appear in Court, June 28th, 2024. Will this be a hearing that is to be in person in the courtroom or a zoom call? If it is a zoom call I will need a zoom number.

7. I have only received honesty and truths from the L.A. Central Court. It is very difficult to believe anything in regards to this case from the defendants. I have no witness to anything they are trying to make me believe, say or do.