1  Douglas C. Smith, Esq. (SBN 160013)
2  Christopher P. Romero, Esq. (SBN 270705)
   SMITH LAW OFFICES, LLP
3  4001 Eleventh Street
4  Riverside, CA 92501
   Telephone: (951) 509-1355
5  Facsimile: (951) 509-1356
6  dsmith@smitlaw.com
   cromero@smitlaw.com
7
8  Attorneys for Defendants, COUNTY OF SAN
   LUIS OBISPO and IAN PARKINSON
9

10                UNITED STATES DISTRICT COURT
11             FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| Caroline Wichman, individually and as successor in interest to Edward Zamora Giron II, deceased | Case No.: 2:22-cv-03156-DMG (RAOx) |
| Plaintiff, | **DEFENDANTS COUNTY OF SAN LUIS OBISPO AND IAN PARKINSON'S REPLY TO DKT. 90 (SECOND AMENDED COMPLAINT)** |
| vs. | |
| CITY OF SAN LUIS OBISPO, a municipal entity; COUNTY OF SAN LUIS OBISPO, a municipal entity; BRYAN AMOROSO, an individual; STEVE OROZCO, an individual; IAN PARKINSON, an individual; RICK SCOTT; and DOES 1-25, inclusive, | Date: June 28, 2024<br>Time: 9:30 a.m.<br>Ctrm: 8C<br><br>*Complaint filed 5/9/22*<br>*First Amended Complaint filed 7/23/22*<br>*Second Amended Complaint filed 5/2/24* |
| Defendants. | |

1
**DEFENDANTS COUNTY OF SAN LUIS OBISPO AND IAN PARKINSON'S REPLY TO DKT. 90 (SECOND AMENDED COMPLAINT)**

On June 6, 2024, Plaintiff Wichman filed a document captioned Second Amended Complaint (Dkt. 90). That documents is not Ms. Wichman's Second Amended Complaint, which was filed May 2, 2024. (see, Dkt. 85). Nor is Dkt. 90 an Opposition to Defendant County of San Luis Obispo and Defendant Ian Parkinson's Motion to Dismiss, which was filed May 23, 2024. (see, Dkt. 88). Instead, Dkt. 90, appears to be what amounts to be an unsworn declaration by Ms. Wichman, to the Court, vaguely regarding Ms. Wichman's perceived difficulty in communicating with counsel for Defendants County and Ian Parkinson about this case.

Ms. Wichman has not filed any document titled as an Opposition to County and Parkinson's Motion to Dismiss, nor has she filed any document with any substantive argument against Defendants County and Parkinson's Motion to Dismiss. Based on the foregoing, no substantive reply to Ms. Wichman's most recent filing (Dkt. 90) is warranted. County and Parkinson's Motion to Dismiss is unopposed, and as such the Court should grant their Motion to Dismiss (Dkt. 88), and Plaintiff Wichman's Second Amended Complaint (Dkt. 85), should be dismissed without leave to amend.

DATED: June 14, 2024                    SMITH LAW OFFICES, LLP

                                        By: *Christopher P. Romero*
                                        Douglas C. Smith
                                        Christopher P. Romero
                                        Attorneys for Defendants
                                        COUNTY OF SAN LUIS OBISPO and
                                        IAN PARKINSON

2

**DEFENDANTS COUNTY OF SAN LUIS OBISPO AND IAN PARKINSON'S REPLY TO DKT. 90 (SECOND AMENDED COMPLAINT)**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

      I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 4001 Eleventh Street, Riverside, CA 92501.

      On **June 14, 2024**, I served the foregoing document described as:

**DEFENDANTS COUNTY OF SAN LUIS OBISPO AND IAN PARKINSON'S REPLY TO DKT. 90 (SECOND AMENDED COMPLAINT)**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

      See Attached Proof of Service List.

[X]    (BY MAIL)

    [ ]    I deposited such envelope in the United States Mail at Riverside, California. The envelope was mailed with postage thereon fully prepaid.

    [X]    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Riverside, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]    (BY PERSONAL SERVICE) I caused to be delivered each such document by hand to each addressee as set forth above.

[]    (VIA FEDERAL EXPRESS) By depositing the envelope in the box regularly maintained by Federal Express in an envelope designated by Federal Express with delivery fees paid, as addressed below.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

      Executed on **June 14, 2024**, at Riverside, California.

                              *Annette Houston*
                              ANNETTE HOUSTON

**PROOF OF SERVICE - MAILING LIST**

Case: Wichman v. County of San Luis Obispo, et al.
Court Case No.: 2:22-cv-03156-DMG(RAOx)
Our File: SLO-154

Caroline Wichman               Plaintiff, in Pro Se
60 Descanso Drive, No. 2117
San Jose, CA 95134