UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV-22-3156-DMG (RAOx) | Date | June 13, 2024 |
|---|---|---|---|
| Title | Caroline Wichman v. City of San Luis Obispo, et al. | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE DEFENDANTS' MOTIONS TO DISMISS [87] [88]**

On May 23, 2024, Defendants Bryan Amoroso, City of San Luis Obispo, Steve Orozco, and Rick Scott filed a motion to dismiss ("MTD") *pro se* Plaintiff Caroline Wichman's second amended complaint ("SAC"). [Doc. # 87 ("MTD 3").][1] That same day, Defendants County of San Luis Obispo and Ian Parkinson also filed a motion to dismiss Wichman's SAC. [Doc. # 88 ("MTD 4").] The MTDs are currently set for hearing on June 28, 2024. Wichman did not file an Opposition, and the time to do so has now passed. *See* C.D. Cal. L.R. 7-9 (opposition papers due at least 21 days before the date of the motion hearing).

The Court has been quite lenient with Wichman's deadlines throughout this action due to her *pro se* status: the Court granted Wichman three extensions of time to find counsel [Doc. ## 59, 61, 66], one extension of time to file an Opposition to Defendants' MTDs [Doc. # 75], one extension of time to file her SAC [Doc. # 84], and has repeatedly considered late-filed documents [Doc. ## 69, 73, 76]. In its Order granting Defendants' prior MTDs, the Court warned Plaintiff that "**[a] further failure to timely respond to a pending motion . . . shall result in the dismissal of this action with prejudice**." [Doc. # 79 ("Order re MTDs").] The present MTDs are therefore **GRANTED, without leave to amend**, for failure to oppose. *See Oakley, Inc. v. Nike, Inc.*, 988 F. Supp. 2d 1130, 1139 (C.D. Cal. 2013) (citing L.R. 7-12) ("[T]he Local Rules permit the Court [to] deem failure to oppose as consent to the granting of the motion."). Wichman's remaining claims are **DISMISSED with prejudice** and the June 28, 2024 hearing is **VACATED**.

**IT IS SO ORDERED.**

---

[1] Defendants filed, and the Court has already decided, two prior motions to dismiss. [Doc. ## 50, 51, 79.]