JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CAROLINE WICHMAN,

                Plaintiff,

      v.

CITY OF SAN LUIS OBISPO,
*et al.*,

                Defendants.

Case No. CV 22-3156-DMG (RAOx)

**JUDGMENT**

On June 14, 2024, this Court having granted Defendants' motions to dismiss with prejudice, thereby resolving all remaining issues and claims outstanding herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendants City of San Luis Obispo, County of San Luis Obispo, Bryan Amoroso, Steve Orozco, Ian Parkinson, and Rick Scott and against Plaintiff Caroline Wichman and that this action is dismissed on the merits.

DATED:  June 14, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

-1-