FEE DUE

Name _Caroline M. Wickman_
Address _60 Deslenso Drive # 2117_
City, State, Zip _San Jose, CA 95134_
Phone _805   434-8363_
Fax _____
E-Mail _CMWICMAN108@YAHoo.com_
☐ FPD   ☐ Appointed   ☐ CJA   ☒ Pro Per   ☐ Retained

FILED
CLERK, U.S. DISTRICT COURT
JUL 16 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

_Caroline M. Wickman_

PLAINTIFF(S),

v.

_City + County of San Luis Obispo, a municipal entity, Brylan Amoroso, Steve Orozco, Ian Parkinson, Rick Scott + Dan Dow_
DEFENDANT(S).

_Does 1-25, inclusive_

CASE NUMBER:
_2:22-cv-03156-DMG-RAOx_

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Caroline M. Wickman_ hereby appeals to
_Name of Appellant_
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify): _Wrongful Dismissal (97)_

☐ Other (specify):

Imposed or Filed on _July 13, 2024_. Entered on the docket in this action on _99_.

A copy of said judgment or order is attached hereto.

_July 13, 2024_
Date

_[signature]_
Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the
attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number
of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                         NOTICE OF APPEAL

# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** *Central District of California*

## Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

U.S. District Court case number: *2:22-cv-03156-DMG-RAOx*

    Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: *May 2022*

Date of judgment or order you are appealing: *June 14, 2024*

Docket entry number of judgment or order you are appealing: *99*

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes    ✕ No    ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

*Caroline M. Wichman*

---

Is this a cross-appeal?  ○ Yes   ✕ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ✕ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

*60 Descanso Drive #2117*

City: *San Jose*    State: *CA*   Zip Code: *95134*

Prisoner Inmate or A Number (if applicable): *N/A*

**Signature** *[signature]*    **Date** *7/13-2024*

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

---

**Form 1**    *Rev. 06/09/2022*

Case: 2:22cv3156  Doc: 99

Caroline  Wichman
60 Descanso Drive No 2117
San Jose, CA 95134

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<38243921@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-03156-DMG-RAO
Caroline Wichman v. City of San Luis Obispo et al Deficiency in Filed Documents (G-112A) -
optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 7/8/2024 at 4:56 PM PDT and filed on 7/5/2024

| | |
|---|---|
| **Case Name:** | Caroline Wichman v. City of San Luis Obispo et al |
| **Case Number:** | 2:22-cv-03156-DMG-RAO |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/14/2024**

**Document Number:** 99

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Filed Document RE: Wrongful Dismissal [97]. The
following error(s) was/were found: Case is closed. See Doc. #55. In response to this notice, the
Court may: (1) order an amended or correct document to be filed; (2) order the document
stricken; or (3) take other action as the Court deems appropriate. You need not take any action
in response to this notice unless and until the Court directs you to do so. (iv)**

**2:22-cv-03156-DMG-RAO Notice has been electronically mailed to:**
Christopher P Romero    cromero@smitlaw.com
Chase Wesley Martin    cmartin@ammcglaw.com
Douglas C Smith    jrobitaille@smitlaw.com, mgarcia@smitlaw.com, jlee@smitlaw.com,
dsmith@smitlaw.com, cromero@smitlaw.com, mmartinez@smitlaw.com, jszalonek@smitlaw.com,
ahouston@smitlaw.com
Joshua M George    cmeyers@ammcglaw.com, ruth@ammcglaw.com, cooper@ammcglaw.com,
george@ammcglaw.com, calendar@ammcglaw.com, jredfern@ammcglaw.com
Carrick James Meyers    cmeyers@ammcglaw.com
**2:22-cv-03156-DMG-RAO Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Caroline Wichman
60 Descanso Drive No 2117
San Jose CA 95134

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Caroline Wichman | CASE NUMBER: |
|---|---|
| | CV 22-3156-DMG (RAOx) |
| v.                                    PLAINTIFF(S) | |
| City of San Luis Obispo, et al. | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| June 27, 2024 | 97 | Wrongful Dismissal of Second Amended Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

## ERRORS WITH DOCUMENT

☐ Document submitted in the wrong case

☐ Incorrect document is attached to the docket entry

☐ Document linked incorrectly to the wrong document/docket entry

☐ Incorrect event selected. Correct event to be used is _____

☐ Case number is incorrect or missing

☐ Hearing information is missing, incorrect, or not timely

☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies

☑ Case is closed

☐ Proposed Document was not submitted as separate attachment

☐ Title page is missing

☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking

☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking

☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking

☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages

☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents

☐ A Certificate of Good Standing is not attached to pro hac vice application

☑ Other:    See Doc. # 55 at 2, n.1; Fed. R. Civ. P. 4(a) (parties have 30 days after entry of the judgment to file a notice of appeal)

Note:    In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 5, 2024                                    By:    Kelly Davis
                                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.    TG

G-112A (06/12)    NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

Case: 2:22cv3156  Doc: 92

Caroline  Wichman
60 Descanso Drive No 2117
San Jose, CA 95134

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<38105501@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-03156-DMG-RAO
Caroline Wichman v. City of San Luis Obispo et al Deficiency in Filed Documents (G-112A) -
optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 6/13/2024 at 1:49 PM PDT and filed on 6/10/2024

| | |
|---|---|
| **Case Name:** | Caroline Wichman v. City of San Luis Obispo et al |
| **Case Number:** | 2:22-cv-03156-DMG-RAO |
| **Filer:** | |
| **Document Number:** | 92 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Filed Document RE: Second Amended Complaint
filed 6/6/2024 [90]. The following error(s) was/were found: It appears that a Second Amended
Complaint has already been filed. In response to this notice, the Court may: (1) order an
amended or correct document to be filed; (2) order the document stricken; or (3) take other
action as the Court deems appropriate. You need not take any action in response to this notice
unless and until the Court directs you to do so. (gk)**

**2:22-cv-03156-DMG-RAO Notice has been electronically mailed to:**
Christopher P Romero    cromero@smitlaw.com
Chase Wesley Martin    cmartin@ammcglaw.com
Douglas C Smith    jrobitaille@smitlaw.com, mgarcia@smitlaw.com, jlee@smitlaw.com,
dsmith@smitlaw.com, cromero@smitlaw.com, mmartinez@smitlaw.com, jszalonek@smitlaw.com,
ahouston@smitlaw.com
Joshua M George    cmeyers@ammcglaw.com, ruth@ammcglaw.com, cooper@ammcglaw.com,
george@ammcglaw.com, calendar@ammcglaw.com, jredfern@ammcglaw.com
Carrick James Meyers    cmeyers@ammcglaw.com
**2:22-cv-03156-DMG-RAO Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Caroline Wichman
60 Descanso Drive No 2117
San Jose CA 95134

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Caroline Wichman

                                        CASE NUMBER:

                          PLAINTIFF(S)        2:22-cv-03156-DMG-RAO

                    v.

City of San Luis Obispo et al

                                        **NOTICE TO FILER OF DEFICIENCIES
                                           IN FILED DOCUMENT**
                          DEFENDANT(S).

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

| 06/06/2024 | | SECOND AMENDED COMPLAINT |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**DOCKETING AND FORMATTING ERRORS:**

- ☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
- ☐ Document lacks required signature
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Incorrect event selected. Correct event to be used is _____
- ☐ Proposed document was not submitted or was not submitted as a separate attachment
- ☐ Other: _____

**MOTION-RELATED ERRORS:**

- ☐ Local Rule 7-3 compliance statement missing
- ☐ Local Rules 7-9, 7-10 opposition or reply papers untimely
- ☐ Hearing information is missing, incorrect, or untimely
- ☐ Local Rule 11-6 Memorandum exceeds 25 pages
- ☐ Other: _____

**OTHER ERRORS:**

- ☐ Local Rule 83-2.5 no letters to the Judge
- ☐ Fed. R. Civ. P. 5 no proof of service attached
- ☐ Local Rule 7-1.1 no notice of interested parties
- ☑ Other:  It appears that a Second Amended Complaint has already been filed. _____

Note:   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

                                        Clerk, U.S. District Court

Dated:   06/10/2024

                              By: A. Shadkamyan (213)894-3535
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

Caroline  Wichman
60 Descanso Drive No 2117
San Jose, CA 95134

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<38120969@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-03156-DMG-RAO
Caroline Wichman v. City of San Luis Obispo et al Amended Minutes Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 6/17/2024 at 10:24 AM PDT and filed on 6/14/2024

| | |
|---|---|
| **Case Name:** | Caroline Wichman v. City of San Luis Obispo et al |
| **Case Number:** | 2:22-cv-03156-DMG-RAO |
| **Filer:** | |
| **Document Number:** | 95 |

**Docket Text:**
**AMENDED MINUTES OF IN CHAMBERS - ORDER RE DEFENDANTS' MOTIONS TO
DISMISS [94] by Judge Dolly M. Gee: Defendants' Motions to Dismiss [87], [88] are
GRANTED, without leave to amend, for failure to oppose. Wichman's remaining claims are
DISMISSED with prejudice and the 6/28/2024 hearing is VACATED. See document for further
details. Court Reporter: Not Reported. (gk)**

**2:22-cv-03156-DMG-RAO Notice has been electronically mailed to:**
Christopher P Romero    cromero@smitlaw.com
Chase Wesley Martin    cmartin@ammcglaw.com
Douglas C Smith    jrobitaille@smitlaw.com, mgarcia@smitlaw.com, jlee@smitlaw.com,
dsmith@smitlaw.com, cromero@smitlaw.com, mmartinez@smitlaw.com, jszalonek@smitlaw.com,
ahouston@smitlaw.com
Joshua M George    cmeyers@ammcglaw.com, ruth@ammcglaw.com, cooper@ammcglaw.com,
george@ammcglaw.com, calendar@ammcglaw.com, jredfern@ammcglaw.com
Carrick James Meyers    cmeyers@ammcglaw.com
**2:22-cv-03156-DMG-RAO Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Caroline Wichman
60 Descanso Drive No 2117
San Jose CA 95134

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | **CV-22-3156-DMG (RAOx)** | | Date | June 14, 2024 |

| | | | |
|---|---|---|---|
| Title | *Caroline Wichman v. City of San Luis Obispo, et al.* | Page | **1** of 2 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER RE DEFENDANTS' MOTIONS TO DISMISS [87] [88]**

On May 23, 2024, Defendants Bryan Amoroso, City of San Luis Obispo, Steve Orozco, and Rick Scott filed a motion to dismiss ("MTD") *pro se* Plaintiff Caroline Wichman's Second Amended Complaint ("SAC"). [Doc. # 87 ("MTD 3").][1]  That same day, Defendants County of San Luis Obispo and Ian Parkinson also filed a motion to dismiss Wichman's SAC. [Doc. # 88 ("MTD 4").]  The MTDs are currently set for hearing on June 28, 2024.  Wichman did not file an Opposition by June 7, and the time to do so has now passed.[2]  *See* C.D. Cal. L.R. 7-9 (opposition papers due at least 21 days before the date of the motion hearing).

The Court has been quite lenient with Wichman's deadlines throughout this litigation due to her *pro se* status:  the Court granted Wichman three extensions of time to find new counsel [Doc. ## 59, 61, 66], one extension of time to file an Opposition to Defendants' MTDs [Doc. # 75], one extension of time to file her SAC [Doc. # 84], and has repeatedly considered late-filed documents [Doc. ## 69, 73, 76].  In its Order granting Defendants' prior MTDs, the Court warned Plaintiff that "**[a] further failure to timely respond to a pending motion . . . shall result in the dismissal of this action with prejudice.**"  [Doc. # 79 ("Order re MTDs").]

The present MTDs are therefore **GRANTED, without leave to amend**, for failure to oppose.  *See Oakley, Inc. v. Nike, Inc.*, 988 F. Supp. 2d 1130, 1139 (C.D. Cal. 2013) (citing L.R.

---

[1] Defendants filed, and the Court has already decided, two prior motions to dismiss. [Doc. ## 50, 51, 79.]

[2] Wichman filed an additional "Second Amended Complaint" on June 6, 2024. [Doc. # 90.] The Court has reviewed this filing and concludes that it is neither a properly filed amended complaint nor an Opposition to Defendants' MTDs. *See* Fed. R. Civ. P. 15(a)(1) and (2). In essence, it is a letter to the Court. Although it is understandable that Wichman is distressed about the death of her son and the difficulties she has encountered as a *pro se* plaintiff, she is nonetheless required to comply with the Local Rules and the Federal Rules of Civil Procedure. The Court therefore **STRIKES** Doc. # 90 as an improper letter to the Court. *See* C.D. Cal. L.R. 83-2.5.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV-22-3156-DMG (RAOx) | | Date | June 14, 2024 |
|---|---|---|---|---|

| Title | *Caroline Wichman v. City of San Luis Obispo, et al.* | | Page | 2 of 2 |
|---|---|---|---|---|

7-12) ("[T]he Local Rules permit the Court [to] deem failure to oppose as consent to the granting of the motion.").

     Wichman's remaining claims are **DISMISSED with prejudice** and the June 28, 2024 hearing is **VACATED**.

**IT IS SO ORDERED.**

Case: 2:22cv3156   Doc: 96

Caroline  Wichman
60 Descanso Drive No 2117
San Jose, CA 95134

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<38121028@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-03156-DMG-RAO
Caroline Wichman v. City of San Luis Obispo et al Judgment Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 6/17/2024 at 10:29 AM PDT and filed on 6/14/2024

| | |
|---|---|
| **Case Name:** | Caroline Wichman v. City of San Luis Obispo et al |
| **Case Number:** | 2:22-cv-03156-DMG-RAO |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/14/2024**

**Document Number:** 96

**Docket Text:**
**JUDGMENT by Judge Dolly M. Gee: On 6/14/2024, this Court having granted Defendants'
motions to dismiss with prejudice, thereby resolving all remaining issues and claims outstanding
herein [95]. IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor
of Defendants City of San Luis Obispo, County of San Luis Obispo, Bryan Amoroso, Steve
Orozco, Ian Parkinson, and Rick Scott and against Plaintiff Caroline Wichman and that this
action is dismissed on the merits. (MD JS-6, Case Terminated).(gk)**

**2:22-cv-03156-DMG-RAO Notice has been electronically mailed to:**
Christopher P Romero    cromero@smitlaw.com
Chase Wesley Martin     cmartin@ammcglaw.com
Douglas C Smith     jrobitaille@smitlaw.com, mgarcia@smitlaw.com, jlee@smitlaw.com,
dsmith@smitlaw.com, cromero@smitlaw.com, mmartinez@smitlaw.com, jszalonek@smitlaw.com,
ahouston@smitlaw.com
Joshua M George     cmeyers@ammcglaw.com, ruth@ammcglaw.com, cooper@ammcglaw.com,
george@ammcglaw.com, calendar@ammcglaw.com, jredfern@ammcglaw.com
Carrick James Meyers     cmeyers@ammcglaw.com
**2:22-cv-03156-DMG-RAO Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Caroline Wichman
60 Descanso Drive No 2117
San Jose CA 95134

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CAROLINE WICHMAN,

                Plaintiff,

    v.

CITY OF SAN LUIS OBISPO,
*et al.,*

                Defendants.

Case No. CV 22-3156-DMG (RAOx)

**JUDGMENT**

On June 14, 2024, this Court having granted Defendants' motions to dismiss with prejudice, thereby resolving all remaining issues and claims outstanding herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendants City of San Luis Obispo, County of San Luis Obispo, Bryan Amoroso, Steve Orozco, Ian Parkinson, and Rick Scott and against Plaintiff Caroline Wichman and that this action is dismissed on the merits.

DATED: June 14, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

-1-

Name: Caroline M. Wickman
Address: 60 Descanso Drive #2117
San Jose, CA 95134
Phone:
email: CMWICHMAN108@yahoo.com
Fax:

In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Caroline M. Wichman

Plaintiff

City of San Luis Obispo, in municipal
entity and County of San Luis Obispo in
municipal entity. Bryan
amansol, Steven Orozco, ear
Parkinson, Rick Scott, San Diro &
Does 1-25

Defendant(s)

CASE NUMBER

2:22:-CV-03156-DMG-RAO

Second Amended
Complaint
June 2, 2024

(Enter document title in the space provided above)

1. I would like to apologize to the Court in
regards to not answering the emails of the
defendant's attorneys in this case. My problem
is I didn't know it was a court order for me
to do so. I didn't read anything in my last
correspondence with the Courts that say I
needed to do this.

2. I have a problem speaking to the attorneys
in this case because of their track record of
lies and denial of everything that has been
said by the plaintiff. Every comment or

1

Page Number

action is denied, or I am making an awful
statements, etc. I do not have access to a law
library and much of what they are telling me
makes no sense.

3. I was very insulted in their mannerism
in their emails and their approach to ridicule,
insult and gaslighting techniques used to
manipulate and intimidate me. I understand
that these lawyers are doing their jobs to
protect their clients, but I don't feel there
has been any effort made to find out if
any of my complaint is true or not. I
feel basically, the defendants attorneys auto-
matically denied everything and begin their
process of intimidations and insults to belittle
me. I am not a woman that takes likely
to a man's approach of intimidations to win
an argument.

4. It seems there is a communication in
language (Ebonics) and style in speaking
that makes it very difficult for the
attorney's to figure out what we are talking
about

5. I did have a case in San Luis Obispo,
(small claims) last year; that had two mediators,
one, African American Woman and one, Senior
white male. They were excellent in their communi-
cation skills and very trust worthy.

2.

Maybe, they could he used by the defense to bring some clarity to this case; For all parties concern?

6. Also, I would like to know if I am to appear in Court, June 28th, 2024. Will this be a hearing that its to be in person in the courtroom or a zoom call? If it is a zoom call I will need a zoom number.

7. I have only received honesty and truths from the L.A. Central Court. It is very difficult to believe anything in regards to this case from the defendants. I have no witness to anything they are trying to make me believe, say or do.

June 21, 2024

In response to Judgment by Judge Dolly M. Gee, on June 14, 2024.

I would like to address the court.

Papers were received in adjudged and decreed against Plaintiff
Caroline Wichman.

1. Plaintiff was dismissed of her civil rights to sue, because of the
   fact that the plaintiff failed to file an Opposition in a timely
   manner and because of that time that passed to do so.
   (Opposition papers due at least 21 days before the fate of the
   motion hearing.) I was not aware that I was supposed to do
   this. I am not a lawyer and the court has not allowed any
   instruction on this order. So, not doing something I was
   supposed to do was a play of trickery by the courts and the
   attorneys for the defendants.

2. The Plaintiff, pro se, sent a letter to the courts asking. For
   information on a court appearance and the court replied back
   to wait until the court contacts the plaintiff. The next letter
   was a dismissal letter. Due to the Plaintiff's position, pro se,
   senior, woman, pity-poor financially, and court struggles with
   the male domination of the attorneys representing San Luis

Obispo, CA; The court has allowed this case to be swept under
the rug with no defense on her behalf.


3. The court has scolded the plaintiff on several occasions on her
   punctuality and delayed methods of addressing and
   responding to the courts.  The Plaintiff has U. S. Postal receipts
   of every correspondence with the Court room of Hon'ble Judge
   Dolly Gee, and the Plaintiff has responded on every occasion
   the Judge ordered her to do so, within the order of the judge.
   So, why the court insists on this intimidation, I do not know.


4. The Plaintiff truly, sought, with permission from the courts, for
   ten months to find legal counsel.  But, the court had absolutely
   no idea how the challenge for her to get any lawyer, paid or
   pro bono to listen to a case,( within the County of San Luis
   Obispo) could be so demeaning.  The reputation of lawlessness
   in San Luis Obispo County is unprecedented.  I could find no
   one to listen, no one to talk.  I wish, I could have recorded the
   pleas to legal counsel to present to the courts.  In which many
   attorneys choose to remain anonymous in my quest.  I'm not
   trying to be cruel or make up lies, but the reputation of San
   Luis Obispo, CA,  at an intellectual and political level is a Blank
   Spot.  No one wants to be involved with these people.


5. So, why, when the Plaintiff was consoled and a civil rights
   attorney said, the Bain Law had no precedence in Federal
   court.  The case was still dismissed.  Why, when legal counsel

instructed the plaintive to request the judge to order evidence
of her son's shooting and discovery, the judge again choose to
dismiss?  Waiting ten months for the plaintive to look for
counsel only to tell her if she found it, it wouldn't matter
anyway. It would be dismissed. (Because of the Bain Law) I'm
at a lost at many of the courts decisions within the last two
years?  And how is the plaintive pro se to know, that she has
21 days to file an opposition to the court?  Since, she's never
done this before and knows nothing about the process?

6.  The Courts and the Defenses Attorneys have had a Heyday,
    taking the Plaintive down. Especially using her inability to
    represent herself and all the above factors she has had to
    endure.

7.  In the situation of finding representation on this case and
    other dismissed cases in this courtroom.  I don't understand,
    why with all the evidence of lies, corruption, and cover-ups the
    court has chosen to dismiss everything and all.  I understand
    the male dominance and dominance politically and financially
    from San Luis Obispo, CA.  I don't feel it's reason enough to
    surrender to all the injustice.  After all, this is a Court of Justice
    is it not?  I would like to file for an appeal in this case.  We
    need to think of the significates of this case, and not the police
    reward for law enforcement associations and associates.
    There is message to the people in the same situation and
    category as the Plaintive, of class and position.

8.  This message being sent by; Central District of California
    Courts is much bigger than a dismissal due to late filings by a
    pro se.  The Court should reconsider what it has done.



Lorraine Wichtman
80 Descanso Dr
Unit 217
San Jose, CA 95134

9589 0710 5270 2180 3146 84

Retail

U.S. POSTAGE PAID
FCM LG ENV
SANTA CLARA, CA 95054
JUL 13, 2024

90012

$10.40

RDC 99

S2324K505538-11

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 16 2024
CENTRAL DISTRICT OF CALIFORNIA
BY

ω

Attn: Civil Intake Division
United States of California
Office of the Clerk
255 East Temple Street, Rm. 180
Los Angeles, California
90012